# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY-51 | 9779057 | Gallup, J | 1615 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/26/2025 - 2200hrs | 1.218 (B)(4) |

Place of Offense

800 Irving Ave Syracuse NY 13210

Offense Description: Factual Basis for Charge          HAZMAT ☐

CFR 1.218(B)(4) Willful Destruction, Damage of Government Property

### DEFENDANT INFORMATION
Phone: (315) 378-7606

| Last Name | First Name | M.I. |
|---|---|---|
| Desiderio | Mark | — |

Street Address

[redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Syracuse | NY | 13219 | [redacted]/1963 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted]543 | | NY | [redacted]7708 |

| ☒Adult ☐Juvenile | Sex ☒Male ☐Female | Hair Bro | Eyes Bro | Height 5'10" | Weight 165 |
|---|---|---|---|---|---|

| VEHICLE | VIN: — | | CMV ☐ |
|---|---|---|---|

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | — | — | — | | — |

---

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ 530.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | 106 S. Clinton St. Syracuse NY 13261 | Date — |
|---|---|---|
| | | Time — |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Mark Desiderio

Original CVB Copy

*9779057*

CVB SCAN 01/06/2026 13:3

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
　　　　　　 Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
　　　　　　 Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/06/2026 13:3

5a8A 786o187

**USDCVN #  9779057**

## STATEMENT OF PROBABLE CAUSE

### (For issuance of an arrest warrant or summons)

I state that on 29 December 2025 while exercising my duties as a law enforcement officer in the Northern District of New York, I responded to the Syracuse Veterans Affairs Medical Center floor 7c located at 800 Irving Avenue, Syracuse, New York 13210 in response to a property damage complaint. Upon arrival I learned that patient, Mark Desiderio, DOB: ██/██/1963 did admittedly, intentionally and willfully damage the entry door to room #C712 by forcibly and aggressively opening the door subsequently physically forcing and repeatedly slamming same in the direction opposite its design thereby destroying the top and bottom anchor/hinge points and stressing the door to the point of complete failure and removal from the doorframe. All damage sustained was beyond repair and replacement is required to return to code with the government sustaining a loss of $5800.00. The angry physical outburst by Mark Desiderio was coupled with profanities and vulgarities being directed at witnessing Syracuse VA Medical staff to include but not limited to RN Katie VanLengen, RN Erika Downs, RN Nicolle Brunson, RN Judith Meyers. Mark Desiderio also made unsolicited admissions as to his culpability in this incident to Criminal Investigator James Gallup.

The foregoing statement is based upon:

    my personal observation                 X  my personal investigation

X     information supplied to me from my fellow officer's observation.

X     other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     _12/29/2025_           #1619  Senior Criminal Investigator

             Date (mm/dd/yyyy)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:     _____

             Date (mm/dd/yyyy)            U.S. Magistrate Judge

CVB SCAN 01/06/2026 13:3